FRANK B. RADICE, Respondent, v. THE NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgment affirmed,
with costs, upon the authority of *More* v. *Continental Ins. Co.* (169 App. Div.
914; affd., 222 N. Y. 607). All concur.

COUNTY OF CHAUTAUQUA, Appellant, v. LUTHER S. LAKIN, JR., Respond-
ent.— Order affirmed, with ten dollars costs and disbursements. All concur,
Lambert, J., not sitting.

HARRY R. GREGORY, Appellant, v. DIRECTOR GENERAL OF RAILROADS,
Respondent.— Order affirmed, with ten dollars costs and disbursements.
All concur.

In the Matter of the Judicial Settlement of the Accounts of JAMES J.
McCROHAN and Others, as Executors, etc., of MARY McCROHAN, Deceased,
Respondent. JAMES J. McCROHAN, Appellant.— Order modified by striking
out the provision for taking the testimony of certain persons therein specified
and in lieu thereof providing that either party may offer such evidence upon
the value of the services as he may be advised; and as so modified the order is
affirmed, without costs of this appeal to either party. All concur.

In the Matter of the Application of GEORGE F. WEICK, Respondent, for
the Removal of ULYSSES S. McCORMACK and AUTO CLUB GARAGE, INC.,
Appellants, from Certain Premises in the City of Buffalo.— Order affirmed,
with costs. All concur.

JOHN J. SHERLOCK, Appellant, v. MICHAEL LEMP, Respondent.— Order of
County Court reversed and judgment of Municipal Court affirmed, with
costs in this court and in the County Court to the plaintiff. All concur.

DELOS CORNELL, Appellant, v. JULIAN ROFF, Respondent.— Judgment
reversed and new trial granted, with costs to appellant to abide event.
Held, that the plaintiff made out a *prima facie* case. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EQUITABLE LIFE ASSUR-
ANCE COMPANY, Respondent, v. HORACE G. PIERCE and Others, as Commis-
sioners, etc., Appellants.— Motion for leave to appeal to Court of Appeals
granted.

MICHAEL BYRNES, Appellant, v. THE STATE OF NEW YORK, Respondent.—
Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ANNA PALLOCCO, as Administratrix, etc., of JOSEPH PALLOCCO, Deceased,
Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order
affirmed, with ten dollars costs and disbursements. All concur.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New
York, Respondent, v. FIVE BARRELS OF WHISKEY, FRANK J. BROWN, Claim-
ing, Appellant.— Judgment and order affirmed, with costs. All concur.

UNITED STATES CASUALTY COMPANY, Respondent, v. EDWARD K. FENNO,
Appellant.— Judgment and order affirmed, with costs. All concur.

JOSEPH SANESI and Another, a Copartnership, etc., Respondents, v.
WESTERN UNION TELEGRAPH COMPANY, Appellant.— Judgment affirmed,
with costs. All concur.